DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIVYA KHULLAR, ESQ.** and **KHULLAR, P.A.,**
Appellants/Cross Appellees,

v.

**JEFFREY MILLER,** et al.,
Appellees/Cross Appellants.

No. 4D21-1284

[February 24, 2022]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE15-001694.

Divya Khullar of Khullar Law, PLLC, Tamarac, for appellants/cross appellees.

Mark W. Rickard of Law Guard, Plantation, for appellees/cross appellants.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***